IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWANA PRICE, Personal Representative of the Estate of Nathaniel I. Wright<br>5512 Karen Elaine Drive<br>New Carrollton, MD  20784<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Serve:<br>　　Attorney General William Barr<br>　　Office of the Attorney General<br>　　U.S. Department of Justice<br>　　950 Pennsylvania Avenue, N.W.<br>　　Washington, D.C.  20530<br><br>Serve Also:<br>　　Jessie K. Liu<br>　　U.S. Attorney for D.C.<br>　　555 4th Street, N.W.<br>　　Washington, D.C.  20530<br><br>Serve Also:<br>　　Department of Veterans Affairs<br>　　Office of the General Counsel<br>　　3900 Lochraven Boulevard, Bldg. 4<br>　　Baltimore, MD  20422<br><br>　　Defendant. | Case No. 1:20-cv-02330 |

## **COMPLAINT**

1.　　Jurisdiction is vested in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671, et seq.

2.　　On October 6, 2017, counsel for plaintiff faxed and had hand delivered a letter and FTCA Form 95 to the Department of Veterans Affairs (hereinafter referred to as "The VA") pursuant to the Federal Tort Claims Act. I 5, 2011.

3.　　There has been no denial of Mr. Wright's administrative claim.

4.　　Mr. Wright has exhausted all his administrative remedies.

-2-

5. Mr. Wright died on February 22, 2019.

6. Shawana Price is the daughter of Nathaniel I. Wright and has filed a Petition to be appointed Personal Representative of the Estate of Nathaniel I. Wright in the Probate Division of the Superior Court of the District of Columbia.

7. At all times relevant herein The Veterans Administration operated The Veterans Affairs Medical Center (hereinafter referred to as "The Hospital"), located at 50 Irving Street, N.W., Washington, D.C. 20422, an institution operated for the care and treatment of the sick and injured. All employees, servants and/or agents of The Hospital were acting within the scope of said employment and/or agency. As such, by virtue of the doctrine of *respondeat superior*, the United States of America, of which The Veterans Administration is an agency, is responsible for any negligence on their part and any damages flowing directly from that negligence.

8. Nathaniel I. Wright was admitted to The Hospital on August 6, 2017.

9. The defendant and its agents/servants/employees were aware of Mr. Wright's physical condition and limitations, and represented to Nathaniel I. Wright and his family that its agents, servants, and employees could fully and adequately meet Mr. Wright's needs and that it could adequately care for him and provide a staff of a sufficient number, properly supervised, trained and equipped to meet the total care and needs of Mr. Wright. On this basis, Nathaniel I. Wright, with the agreement of his family, placed his trust in defendant.

10. Some time on August 24, 2017, August 25, 2017 and again on August 26, 2017, due to negligence of the staff at The VA, plaintiff's decedent fell while unattended in his room. Despite having been classified as at high risk for falling and having fallen twice on August 24 and again on August 25, 2017, defendant failed to provide for adequate precautions and safeguards and Mr. Wright fell again on August 26, 20017 and suffered a fractured hip. As a result of these falls, plaintiff

-3-

suffered injury to his hip, underwent surgery and required long term rehabilitative care..

11. Plaintiff further alleges that defendant The VA, through its agents, servants and employees at The Hospital, breached applicable standards of care as follows:

- failure to provide adequate staffing;
- failure to provide adequate nursing care;
- failure to institute an adequate Fall Prevention program;
- failure to follow an adequate Fall Prevention program;
- failure to provide for a sitter; and
- failure to promptly obtain medical care.

12. Defendant owed Nathaniel I. Wright a duty to provide him with reasonable care and protection. Hence, defendant is responsible for the conduct of its employees, servants, agents, and/or independent contractors to whom it delegated that duty.

13. As a direct and proximate result of the aforesaid negligence, Nathaniel I. Wright sustained injuries to many parts of his body, including, but not limited to, his hip; suffered great pain of body and mind; suffered mental and emotional distress; and incurred medical and out-of-pocket expenses, costs and attorney's fees.

WHEREFORE, the premises considered, plaintiff Shawana Price, Personal Representative of the Estate of Nathaniel I. Wright moves this Court for judgment against defendant United States of America for $500,000.00 in compensatory damages; costs and interest from the date this cause of action accrued; the attorneys fees incurred herein; and any additional relief as the Court may deem appropriate.

-4-

    /s/  James W. Taglieri
James W. Taglieri        #229880
Attorney for Plaintiff
Cadeaux, Taglieri & Notarius, P.C.
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C.  20036
Telephone (202) 785-3373
E-mail:  jim.t@cadotag.com